IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| DWAYNE SHARKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | NO. 1:06-0028 |
| | ) | JUDGE HAYNES |
| TENNESSEE DEPARTMENT | ) | |
| of CORRECTIONS | ) | |
| et al. | ) | |
| Defendants, | ) | |

## ORDER

In accordance with the Memorandum filed herewith, Defendant George Little's motion to dismiss (Docket Entry No. 12) is **GRANTED**. The Defendant Tennessee Department of Correction's motion to dismiss (Docket Entry No 14) is **GRANTED**. The Defendant Molly O'Toole's motion to dismiss (Docket Entry No. 23) is **GRANTED**. The Defendants' Corrections Corporation of America's, Warden Lindamood's and Officer Woods's motion to dismiss (Docket Entry No. 25) is **GRANTED**.

Plaintiff's claims against the Defendants George Little's and Tennessee Department of Correction's are **DISMISSED with prejudice** for failure to state a claim upon which relief can be granted. 28 U.S.C.§1915A(b)(1). The Plaintiff's claims against the defendants, Molly O'Toole Corrections Corporation of America, Warden Lindamood and Officer Woods are **DISMISSED without prejudice** for the Plaintiff's failure to exhaust his administrative remedies. 42 U.S.C. §1997e(a).

This is the Final Order in this action. Any appeal of this Order would not be in good faith as required by 28 U.S.C.§1915(a)(3).

It is so ORDERED.

Entered this t\rhe \_\_\_8th\_\_\_ day of August, 2006,

                                                William J. Haynes, Jr.
                                                United States District Judge